# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JASPER MILLS, JR.,

    Plaintiff,

vs.                                    CASE NO. 6:13-CV-122-ORL-19DAB

BRENT MYERS, Sheriff of
Grundy County Jail,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 9, filed February 19, 2013). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 9) is **ADOPTED and AFFIRMED.** Pursuant to 28 U.S.C. §1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of Tennessee.

**DONE AND ORDERED** at Orlando, Florida, this __4th__ day of March, 2013.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record